People v Madrid (2024 NY Slip Op 00198)

People v Madrid

2024 NY Slip Op 00198

Decided on January 17, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on January 17, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

MARK C. DILLON, J.P.
CHERYL E. CHAMBERS
LOURDES M. VENTURA
LAURENCE L. LOVE, JJ.

2005-03534
 (Ind. No. 1102/04)

[*1]The People of the State of New York, respondent,
v
Napoleon Madrid, appellant.

Napoleon Madrid, Wallkill, NY, appellant pro se.
Anne T. Donnelly, District Attorney, Mineola, NY (Jason R. Richards and Cristin N. Connell of counsel), for respondent.

DECISION & ORDER
Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated June 3, 2008 (People v Madrid, 52 AD3d 532), affirming a judgment of the County Court, Nassau County, rendered April 5, 2005.
ORDERED that the application is denied.
The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see Jones v Barnes, 463 US 745; People v Stultz, 2 NY3d 277).
DILLON, J.P., CHAMBERS, VENTURA and LOVE, JJ., concur.
ENTER:
Darrell M. Joseph
Acting Clerk of the Court